USCA1 Opinion

 

 June 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-1809 JIRAH KELLEY, Plaintiff, Appellant, v. LARRY E. DUBOISE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge. ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Jirah Kelley on brief pro se. ____________ Ann M. McCarthy, Counsel for the Department of Correction, On ________________ Memorandum In Support of Motion for Summary Disposition for appellees. ____________________ ____________________  Per Curiam. Jirah Kelley is appealing the ___________ district court's denial of certain motions in his action brought under 42 U.S.C. 1983. We dismiss Kelley's appeal of the court's denial of his motion for a default judgment (also characterized as a motion for summary judgment by default) for want of jurisdiction. See Bird v. Reese, 875 ___ ____ _____ F.2d 256, 256 (9th Cir. 1989) (denial of a motion for a default judgment is not immediately appealable). Construing Kelley's motion for a protective order as a request for preliminary injunctive relief, we affirm the denial of the motion. Kelley apparently sought an order forbidding defendants from retaliating against him for having sued defendants. We affirm since the motion failed to show that Kelley was under any present threat of such retaliation. We deny Kelley's other requests for relief as meritless.  Dismissed in part for want of appellate ___________________________________________________ jurisdiction and affirmed in part. __________________________________ -2-